1

Alex C. Park [SBN 197781]

2

LAW OFFICES OF ALEX C. PARK

4675 Stevens Creek Blvd., Suite 100

3

Santa Clara, CA 95051

4

Telephone: (408) 246-1515

Facsimile: (408) 246-4105

5

Email: alexcpark@yahoo.com

6

Attorney for Petitioner

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

YOUNG SUN SHIN;                    )     Case No. 3:17-cv-02250-LB

14                                   )

15        Petitioner,                )     SECOND STIPULATION TO
                                     )     CONTINUE HEARING AND
16        vs.                        )     EXTEND TIME OF BRIEFING FOR
                                     )     MOTION TO DISMISS
17                                   )       IT'S SO ORDERED AS MODIFIED
18   JOHN F. KELLY, Secretary of     )     Immigration Case
     Department of Homeland Security; )
19   JAMES MCCAMENT, Director of     )
     U.S. Citizenship and Immigration )
20   Services; and DOES 1 through 20, )
     inclusive.                      )
21                                   )
22                                   )
          Respondents.               )
23                                   )
                                     )

24

25

26

27

28

1

1
2    Petitioner, by and through the attorney of record, and Respondents, by
and through their attorney of record, hereby stipulate, subject to the approval of the
3    Court, to the following:
4        1. Petitioner filed this action on April 23, 2017, and served the Petition
5           on or about June 28, 2017.
6        2. Respondent filed a Motion to Dismiss for Lack of Jurisdiction filed on
7           August 28, 2017.
8        3. The Opposition to Motion to Dismiss for Lack of Jurisdiction was
9           extended to be due to be filed by Petitioner on December 11, 2017.
10          The current calendared hearing date for this motion is scheduled for
11          January 4, 2018.
12       4. The parties believe that additional time for filing an opposition may
13          facilitate resolution without the need for judicial intervention in this
14          case.  Both parties have indicated a willingness to work together to try
15          to resolve this matter administratively, and agree that resolution will
16          require some additional time.
17
18       5. This is the parties' second request for an extension of time, and the
19          extension of time would affect no other deadlines in the case and is
20          not for the purpose of undue delay.
21       6. The parties therefore request a continuance of the hearing date to
22                        9:30
            April 26, 2018 at ~~9:00~~ a.m. with extension of time for filing the
23                                                            21
            Opposition to Motion to Dismiss for Lack of Jurisdiction to ~~15~~ days
24          prior to the new continued hearing date and with extension of time for
25                                              14
            filing the Reply to the Opposition to ~~10~~ days prior to the new
26          continued hearing date in this action.
27
28
                                        2

Dated:  December 27, 2017

Respectfully submitted,

LAW OFFICES OF ALEX C. PARK

_____/s/ *Alex C. Park*_____
Alex C. Park, Attorney for Petitioner

Dated:  December 27, 2017

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Assistant Director

_____/s/ *UBAID ul-Haq*_____
UBAID ul-HAQ
Trial Attorney
Fla. Bar. No. 87397
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 598-2445
Facsimile:  (202) 305-7000
Email:  Ubaid.ul-haq@usdoj.gov


Attorneys for Respondents

3

1

2 **ORDER**

3      Pursuant to stipulation, IT IS SO ORDERED AS MODIFIED.

4

5 Date:    12/28/2017

6                                                   

7                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4